**John Ridley BAKER, Plaintiff–Appellant,**

v.

**PHILLIP MORRIS, INC.,**
Defendant–Appellee.

No. 99–55391.

D.C. No. CV–98–01864–IEG.

United States Court of Appeals,
Ninth Circuit.

Argued Dec. 14, 2000.

Submission Deferred Dec. 15, 2000.

Decided Sept. 30, 2002.

Before BOOCHEVER, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM *

In light of the answer given to the question certified to the Supreme Court of California, *Myers v. Phillip Morris Cos.*, 239 F.3d 1029 (9th Cir.2001), this case is REMANDED to the United States District Court for further proceedings consistent with the California Supreme Court's holdings in the cases of *Myers v. Philip Morris Cos.*, 28 Cal.4th 828, 123 Cal. Rptr.2d 40, 50 P.3d 751 (Cal.2002), and *Naegele v. R.J. Reynolds Tobacco Co.*, 28 Cal.4th 856, 123 Cal.Rptr.2d 61, 50 P.3d 769 (Cal.2002).

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.